## E. O. JENNINGS ET UX V. BONHAM COCA COLA BOTTLING COMPANY.

No. A-247. Decided January 24, 1945.
(184 S. W. 2d Series, 821.)

*Webb & Webb,* of Sherman, and *Gullett & Gullett,* of Denison, for petitioners.

*Robertson, Leachman, Paine, Gardere & Lancaster and Henry D. Akin,* all of Dallas, for respondent.

MR. JUDGE TAYLOR, of the Commission of Appeals, delivered the opinion for the Court.

Having carefully considered the record of this cause and the argument upon submission, we have concluded that "the Court of Civil Appeals has entered the correct judgment." Accordingly the Court directs that the order granting the writ of error be set aside and the application therefor be refused for want of merit under the authority of rule 500.

It is so ordered.

Opinion adopted by the Supreme Court January 24, 1945.